UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JORDAN M. HERNANDEZ,

                Plaintiff,          **NOTICE OF MOTION**

vs.                                          Civil No.  1:15-cv-01079

PITCO FRIALATOR, INC.

                Defendant.

_____

| | |
|---|---|
| MOTION BY: | Defendant, Pitco Frialator, Inc. |
| DATE, TIME AND PLACE OF MOTION: | To be set by the Court, before the Honorable Richard J. Arcara at 2 Niagara Square Buffalo, New York. |
| SUPPORTING PAPERS: | Statement of Facts, Memorandum of Law, with attached exhibits, and all prior pleadings and proceedings. |
| RELIEF REQUESTED: | An Order granting summary judgment and dismissing Plaintiff's claims in their entirety. |
| ANSWERING PAPERS: | Consistent with the Court's motion scheduling order. |

DATED:    Buffalo, New York
                 June 29, 2018

                                                    Respectfully submitted,

                                                      /s/ P. Shawn Wood
                                                      P. Shawn Wood, admitted *pro hac vice*
                                                      SEYFARTH SHAW LLP
                                                      233 S. Wacker Drive, Suite 8000
                                                      Chicago, IL  60606
                                                      (312) 460-5000
                                                      swood@seyfarth.com

Susan E. Van Gelder
GOLDBERG SEGALLA LLP
665 Main Street
Buffalo, NY  14203
(716) 566-5400
svangelder@goldbergsegalla.com

*Attorneys for Defendant
PITCO Frialator, Inc.*

TO:    Gerald T. Walsh, Esq.
          Daniel J. Bobbett, Esq.
          Zdarsky, Sawicki & Agostinelli, LLP
          *Attorney for Plaintiffs*
          404 Cathedral Place
          298 Main Street
          Buffalo, NY 14202
          (716) 855-3200